458 A.2d 262

Commonwealth v. Butler, Appellant.

Petition for Allowance of Appeal
Denied June 21, 1983.

Submitted October 19, 1982. Michael Wilder, Assistant Public Defender, for appellant; Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Judgments of sentence affirmed.